UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESSE LUCIO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM HUTCHINGS; STATE OF NEVADA,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-01681-KJD-EJY<br><br>**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Before the Court for consideration is the Report and Recommendation (#3) containing the findings and recommendations of Magistrate Judge Elayna J. Youchah entered October 5, 2020, recommending that Plaintiff's Evidence Hearing Requested/Petition for Writ (#1-1) be dismissed with prejudice.

　　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#3) containing the findings and recommendations of Magistrate Judge Youchah, entered October 5, 2020, should be **ADOPTED** and **AFFIRMED**.

　　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) is **ADOPTED** and **AFFIRMED**.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff.

Dated this 29th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge